# JS-6

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KENNETH BROWN, an Incompetent Individual, KARMANA POTTS, Conservator of the Person and Estate of KENNETH BROWN,<br><br>Plaintiffs<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, a Corporation, and DOES 1 thru 100, Inclusive,<br><br>Defendants. | CASE NO. CV 09-1562 ODW (CWx)<br><br>**JUDGMENT AFTER MOTION FOR SUMMARY JUDGMENT BY NATIONWIDE MUTUAL INSURANCE COMPANY**<br><br>Hearing Date: July 19, 2010<br>Time:         1:30 p.m.<br>Department:   11<br>Complaint Filed: December 18, 2008 |

A motion having been regularly made by defendant, Nationwide Mutual Insurance Company, for summary judgment on plaintiffs' complaint herein;

Now, on considering defendant's motion, points and authorities, declaration, exhibits, and due deliberation having been made, and the decision of the Court having been filed:

The Court finds that there is no genuine issue as to any material fact, that defendant is entitled to judgment as a matter of law, and that plaintiffs' complaint has no merit.

1   It is therefore ordered, adjudged and decreed as follows:

2      (1)   Plaintiffs' complaint herein is dismissed, with prejudice.

5   DATED:   August 26, 2010   _____
   United States District Court,
   By: Hon. Otis D. Wright II.

14  LODGED BY:
   MARC S. HINES (SBN 140065)
   mhines@hinessmith.com
   KEVIN L. SMITH (SBN 128017)
   ksmith@hinessmith.com
   MICHELLE L. CARDER (SBN 174481)
   mcarder@hinessmith.com
   HINES SMITH CARDER DINCEL BLAND LLP
   3080 Bristol Street, Suite 540
   Costa Mesa, California 92626
   Tel.: (714) 513-1122
   Fax: (714) 513-1123

   Attorneys for Defendant,
   NATIONWIDE MUTUAL INSURANCE COMPANY.

1
Judgment after Motion for Summary Judgment